UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ASTINA HICKS, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3:23-cv-3054-TLB |
| REGIONAL FAMILY MEDICINE, ) ) | |
| Defendant. ) | |

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

NOW COMES Defendant Regional Family Medicine ("Defendant"), by counsel and pursuant to Federal Rule of Civil Procedure 6(b) & 12 and the Local Rules of this Court, and respectfully moves this Court to extend the time period in which it must file its responsive pleadings to Plaintiff's Complaint until Friday, February 9, 2024. In support of this Motion, Defendant states as follows:

1. Plaintiff filed the Complaint on December 18, 2023. (ECF No. 2)

2. Defendant was served on December 20, 2023, thereby making Defendant's responsive pleading due on or before January 10, 2024. Defendant requires a reasonable extension of time to file all appropriate responsive pleadings to enable it to: (i) conduct the initial investigation necessary to support the preparation of all appropriate responsive pleadings, (ii) determine whether early resolution of this action is appropriate and possible, and if so, (iii) meet and confer with counsel for Plaintiff regarding any appropriate settlement value based on the underlying facts. Defendant acted promptly at all times following actual receipt of the Complaint after service to locate and retain counsel, and then its counsel acted immediately following its retention to secure an extension of time to file responsive pleadings.

3.	Due to the intervening Holidays, Defendant was unable to retain counsel prior to last week.

4.	In light of the underlying need for additional time based on (i) the breadth and complexity of the factual and legal claims, together with (ii) the recent retention of Defendant's counsel following service of the Complaint, the undersigned counsel met and conferred with Plaintiff's counsel, who does not oppose and has agreed to the requested 30-day extension.

5.	This Motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party.

6.	This is Defendant's first request for an extension of time in this action.

WHEREFORE, for the foregoing reasons, Defendant Regional Family Medicine respectfully moves this Court to enter the accompanying Consent Order finding that "good cause" exists to extend the time period for Defendant to file all appropriate responsive pleadings from January 10, 2024, to February 9, 2024.

January 9, 2024

Respectfully submitted,

**Rose Law Firm**,
a Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 377-0317
Facsimile: (501) 375-1309

By: /s/ *David S. Mitchell, Jr.*
　　David S. Mitchell, Jr.
　　Arkansas Bar Number 2010271
　　dmitchell@roselawfirm.com
　　Luke E. Vance
　　Arkansas Bar Number 2021141
　　lvance@roselawfirm.com

*Counsel for Regional Family Medicine*

*Counsel for Regional Family Medicine*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

      */s/David S. Mitchell, Jr.*