IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| ASTINA HICKS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REGIONAL FAMILY MEDICINE, P.A.<br><br>Defendant. | **Case No. 3:23-cv-3054-TLB** |
| KAREN LUEBKE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REGIONAL FAMILY MEDICINE, P.A.<br><br>Defendant. | **Case No. 3:23-cv-3055-TLB** |

**MOTION OF ASTINA HICKS AND KAREN LUEBKE
FOR CONSOLIDATION OF RELATED ACTIONS**

Plaintiff Astina Hicks and Plaintiff Karen Luebke, (collectively referred to herein as "Plaintiffs"), by and through their counsel of record, will and hereby do move this Court for an entry of an Order granting Plaintiffs' Motion to consolidate the related actions. This Motion is brought pursuant to Rules 23(g) and 42(a), on the grounds (1) that the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy. This Motion is based on the accompanying Brief, any argument presented to the Court, and all matters of which the Court may take judicial notice.

Dated: January 18, 2024

1

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | Josh Sanford |
| 3 | Ark. Bar No. 200137 |
|   | **Sanford Law Firm, PLLC** |
| 4 | Kirkpatrick Plaza |
|   | 10800 Financial Centre. Pkwy. Ste. 510 |
| 5 | Little Rock, Arkansas 72211 |
| 6 | (501) 221-0088 |
|   | josh@sanfordlawfirm.com |
| 7 |   |
| 8 | Bryan L. Bleichner |
|   | Philip J. Krzeski |
| 9 | **Chestnut Cambronne PA** |
|   | 100 Washington Avenue South, Suite 1700 |
| 10 | Minneapolis, MN 55401 |
| 11 | (612) 339-7300 |
|   | bbleichner@chestnutcambronne.com |
| 12 | pkrzeski@chestnutcambronne.com |
| 13 |   |
|   | Daniel Srourian, Esq. |
| 14 | **Srourian Law Firm, P.C.** |
|   | 3435 Wilshire Blvd., Suite 1710 |
| 15 | Los Angeles, CA 90010 |
| 16 | (213) 474-3800 |
|   | daniel@slfla.com |

2