UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

---

ASTINA HICKS, on behalf of herself
and all others similarly situated,

        Plaintiff,

vs.

REGIONAL FAMILY MEDICINE, P.A.,

        Defendant.

**Case No.: 3:23-cv-3054-TLB**

---

### MOTION FOR ADMISSION *PRO HAC VICE* OF BRYAN L. BLEICHNER

---

Pursuant to Local Rule 83.5(d), Plaintiff Astina Hicks ("Plaintiff"), in her individual capacity and on behalf of all others similarly situated (the "Proposed Class"), by and through the undersigned counsel, moves for the admission, *pro hac vice*, of the following attorney to represent her and the Proposed Class and to appear and participate on her behalf in the above-entitled action:

Bryan L. Bleicher (MN #0326689)
**CHESTNUTCAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
bbleichner@chestnutcambronne.com

Mr. Bleichner is a member of, and in good standing in, the following courts:

- Minnesota State Bar (#0326689)

- California State Bar (#220340)

- United States District Court for the District of Minnesota

- United States District Court for the Central District of California

- United States District Court for the District of Colorado

-1-

- United States District Court for Central District of Illinois
- United States District Court for the Eastern District of Michigan
- United States District Court for the District of Nebraska
- United States District Court for the District of North Dakota
- United States District Court for the Eastern District of Wisconsin
- United States Court of Appeals for the Fourth Circuit
- Eighth Circuit Court of Appeals

Mr. Bleichner affirms that he will be subject to and abide by the rules of this Court and also recognizes the Court's jurisdiction over him on matters of discipline. Plaintiffs have engaged the undersigned local counsel for this matter.

WHEREFORE, Plaintiff in her individual capacity and on behalf of the Proposed Class respectfully requests the Court grant the above-named counsel permission to appear *pro hac vice* in this action as counsel of record.

Respectfully submitted,

**PLAINTIFF ASTINA HICKS, et al.**

Josh Sanford
Ark. Bar No. 2001037
SANFORD LAW FIRM PLLC
Kirkpatrick Plaza
10800 Financial Centre, Pkwy., Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 787-2040
Josh@sanfordlawfirm.com

*Attorney for Plaintiff and the Proposed Class*