# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

| | |
|---|---|
| ASTINA HICKS, on behalf of herself and all others similarly situated, | Case No.: 3:23-cv-3054-TLB |
| Plaintiff, | |
| vs. | |
| REGIONAL FAMILY MEDICINE, P.A., | |
| Defendant. | |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
### *PRO HAC VICE* OF BRYAN L. BLEICHNER

This Court, upon consideration of the Motion for Admission *Pro Hac Vice* of Bryan L. Bleichner filed on behalf of Plaintiffs Astina Hick, in their individual capacities and on behalf of all other similarly situated, and it appearing to the Court that this attorney meets the admission requirements to appear before this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion (Docket # _____) should be, and hereby is, GRANTED.

SIGNED this ___ day of January 2024.

_____
UNITED STATES DISTRICT JUDGE