UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| ASTINA HICKS, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:23-cv-3054-TLB Hon. Timothy L. Brooks |
| v. | ) ) | |
| REGIONAL FAMILY MEDICINE, P.A, | ) ) ) | **MOTION FOR ADMISSION PRO HAC VICE** |
| Defendant. | ) | |

COMES now Defendant Regional Family Medicine, P.A. ("Regional Family Medicine") and moves this Court for the admission of James Davidson, IV *pro hac vice* to practice before this Court in this proceeding. In support of this motion, Regional Family Medicine states as follows:

1. Mr. Davidson is a lawyer practicing in Chicago, Illinois. He is a member in good standing of the bar of the State of Illinois. Mr. Davidson's contact information is as follows:

> James Davidson, IV
> O'Hagan Meyer
> 1 East Wacker Drive, Suite 3400
> Chicago, Illinois 60601
> 312-422-6148 phone
> 312-422-6110 fax
> jdavidson@ohaganmeyer.com

2. Mr. Davidson has been a licensed attorney and in good standing with the state bar of Illinois since December 30, 2003. *See* Certificate of Good Standing from the Supreme Court of Illinois, attached hereto and incorporated herein as Exhibit A. Further, he is eligible to practice in the following District Courts:

1

| Court | Date Admitted |
|---|---|
| USDC NDIL | 2004 |
| USCA 7th Cir. | 2007 |
| USDC CDIL | 2009 |

3. Mr. Davidson is familiar with and agrees to adhere to all applicable rules of the Court.

4. An affidavit from Luke E. Vance recommending that Mr. Davidson be granted permission to participate in this action is attached hereto as Exhibit B.

5. The undersigned counsel, Luke E. Vance, a member of Rose Law Firm, a Professional Association, shall remain as local counsel of record and equally responsible to represent Regional Family Medicine. His contact information is as follows:

> Luke E. Vance
> Arkansas Bar No. 2021141
> ROSE LAW FIRM
> a Professional Association
> 120 East Fourth Street
> Little Rock, AR  72201
> (501) 375-9131- phone
> lvance@roselawfirm.com

6. Mr. Davidson has not been the subject of disciplinary action by the bar or the courts to which he has been admitted.

7. Mr. Davidson has not been denied admission, including admission *pro hac vice*, to the courts of any state or to any federal court.

WHEREFORE, Defendant Regional Family Medicine Industries, P.A. moves this Court for the admission of James Davidson, *pro hac vice*, to represent it for all purposes in this case.

Respectfully submitted,

ROSE LAW FIRM,
a Professional Association
120 East Fourth Street
Little Rock, AR  72201
Telephone:  (501) 375-9131
Fax:  (501) 375-1309


By: */s/ Luke E. Vance*
    Luke E. Vance (Ark. Bar No. 2021141)
    lvance@roselawfirm.com

**Attorney for Defendant Regional Family Medicine, P.A.**

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2024, the foregoing Motion was electronically filed with the Clerk of the Court using the CM/ECF Filing System which will send notification of such filing to all attorneys and counsel of record who have entered an appearance for notification of electronic filings.

*Luke E. Vance*
Luke E. Vance