AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| ASTINA HICKS, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-3054-TLB |
| REGIONAL FAMILY MEDICINE, P.A., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REGIONAL FAMILY MEDICINE, P.A.

Date: 01/30/2024

/s/ James W. Davidson
*Attorney's signature*

James W. Davidson, IL ARDC No, 6281542
*Printed name and bar number*
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois  60601

*Address*

jdavidson@ohaganmeyer.com
*E-mail address*

(312) 422-6100
*Telephone number*

(312) 422-6110
*FAX number*