IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| ASTINA HICKS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:23-cv-3054-TLB |
| REGIONAL FAMILY MEDICINE, P.A., | ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6)

COMES NOW Defendant Regional Family Medicine ("RFM"), by and through its undersigned attorneys, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and hereby asserts this Motion to Dismiss Plaintiff's Complaint in its entirety.

In support of its motion, RFM relies upon the arguments presented in its accompanying Memorandum in Support filed contemporaneously herewith.

WHEREFORE, for the reasons asserted in its Memorandum in Support, Defendant respectfully moves this Court to grant its Motion to Dismiss.

Dated: February 9, 2024

Respectfully submitted,

*/s/ James W. Davidson*
James W. Davidson, Admitted *Pro Hac Vice*
IL ARDC No. 6281542
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois  60601
312.422.6100 –T
312.422.6110 – F
jdavidson@ohaganmeyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2024, the foregoing *DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6)* was electronically filed with the Clerk of the Court using the CM/ECF Filing System which will send notification of such filing to all attorneys and counsel of record who have entered an appearance for notification of electronic filings.

> */s/ James W. Davidson*
> James W. Davidson, Admitted *Pro Hac Vice*
> IL ARDC No. 6281542
> O'Hagan Meyer LLC
> One East Wacker Drive, Suite 3400
> Chicago, Illinois  60601
> 312.422.6100 –T
> 312.422.6110 – F
> jdavidson@ohaganmeyer.com