IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

ASTINA HICKS, individually and on        )
behalf of all others similarly situated, )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        Case No. 3:23-cv-3054-TLB
                                         )
REGIONAL FAMILY MEDICINE, P.A.,          )
                                         )
        Defendant.                       )

## DEFENDANT'S NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE RELATED ACTIONS

COMES NOW Defendant Regional Family Medicine ("RFM"), by and through its undersigned attorneys, and hereby notifies this Court that it does not oppose Plaintiff's Motion to Consolidate. Defendant agrees that consolidating these actions pursuant to Fed. R. Civ. P. 42(a) would serve the interests of convenience and judicial economy, as both actions are in the pleadings stage and discovery has not yet commenced. Accordingly, Defendant consents to the action captioned, *Karen Luebke, individually, and on behalf of all others similarly situated, v. Regional Family Medicine, P.A.*, Case No. 3:23-cv-3055-TLB being consolidated into the earlier-filed instant matter, *Astina Hicks, on behalf of herself and all others similarly situated, v. Regional Family Medicine, P.A*, Case No. 3:23-cv-3054-TLB.

Respectfully submitted, this the 13th day of February, 2024.

*/s/ James W. Davidson*
James W. Davidson, Admitted *Pro Hac Vice*
IL ARDC No. 6281542
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois  60601
312.422.6100 –T
312.422.6110 – F
jdavidson@ohaganmeyer.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of February, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send an electronic notice of such filing to all counsel of record.

*/s/ James W. Davidson*