UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| ASTINA HICKS, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:23-cv-3054-TLB |
| v. | ) ) | |
| REGIONAL FAMILY MEDICINE, P.A, | ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

E. Joseph McGehee, of Rose Law Firm, a Professional Association, hereby enters his appearance on behalf of Defendant, Regional Family Medicine, P.A.

                                                Respectfully submitted,

                                                Rose Law Firm,
                                                a Professional Association
                                                5100 W. JB Hunt Dr., Ste. 900
                                                Rogers, AR 72758
                                                Phone: (479) 301-2444
                                                Fax: (479) 301-2449

                                         By: *E. Joseph McGehee*
                                                E. Joseph McGehee (AR2015185)
                                                jmcgehee@roselawfirm.com

## CERTIFICATE OF SERVICE

On February 19, 2024, I electronically filed the above notice, and a Notice of Electronic Filing will be served upon counsel of record.

                                                                    *E. Joseph McGehee*
                                                                    E. Joseph McGehee