# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

| | |
|---|---|
| ASTINA HICKS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REGIONAL FAMILY MEDICINE.,<br><br>Defendant | Case No. 3:23-cv-3054-TLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff ASTINA HICKS hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 26, 2024

Respectfully submitted,

Josh Sanford
**Sanford Law Firm, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy Suite 510
Little Rock, Arkansas 72211
Tel: (501) 221-0088
josh@sanfordlawfirm.com

Bryan L. Bleichner. (*Admitted Pro Hac Vice*)
Philip J. Krzeski (*Admitted Pro Hac Vice*)
**Chestnut Cambronne PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Email: bblecichner@chestnutcambronne.com
Email: pkrzeski@chestnutcambronne.com

*Counsel for Representative Plaintiff and the Proposed Class(es)*

1